Kathy CARTER, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2007–3334.

United States Court of Appeals, Federal Circuit.

May 22, 2008.

Rehearing Denied July 28, 2008.

Kathy Carter, of Clinton, MD, pro se.

Michael A. Carney, General Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, for respondent. With him on the brief were B. Chad Bungard, General Counsel, and Rosa M. Koppel, Deputy General Counsel.

Before NEWMAN, SCHALL, and LINN, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

SOUTHWESTERN BELL TELEPHONE COMPANY, (formerly known as Southwestern Bell Telephone, L.P.), Plaintiff–Appellee,

v.

ARTHUR A. COLLINS, INC., Defendant–Appellant.

No. 2007–1577.

United States Court of Appeals, Federal Circuit.

May 27, 2008.

